IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARGARET T. ALLEN, et al.,     )
                               )
    Plaintiffs,                )
                               )
BOARD OF TRUSTEES FOR          )
ALABAMA STATE UNIVERSITY,      )
et al.,                        )
                               )    CIVIL ACTION NO.
    Plaintiff-Intervenors,     )      2:81cv697-T
                               )         (WO)
    v.                         )
                               )
THE ALABAMA STATE BOARD        )
OF EDUCATION, et al.,          )
                               )
    Defendants.                )
```

<u>ORDER</u>

The parties having reached a tentative settlement, it

is ORDERED that the Allen plaintiffs' abridged motion for

attorneys' fees and expenses (Doc. No. 725) and their

motion for extension of time (Doc. No. 725), the Buxton

intervenors' abridged motion for attorneys' fees and

expenses (Doc. No. 724) and their motion for extension of

time (Doc. No. 724), the Smith intervenor's abridged

motion for attorneys' fees and expenses (Doc. No. 723)
and her motion for extension of time (Doc. No. 723),
Alabama State University's abridged motion for attorneys'
fees and expenses (Doc. No. 726) and its motion for
extension of time (Doc. No. 726) are denied with leave to
renew within 45 days should the parties not be able to
finalize the settlement.

    DONE, this the 7th day of June, 2005.


             /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE